155 A.3d 899

**SCHWARTZ, Everett**

v.

**STATE of Maryland**

**Pet. Docket No. 505, Sept. Term, 2016**

Court of Appeals of Maryland,

March 27, 2017

Application for leave to appeal denied by the Court of Special Appeals (No. 1991, Sept. Term, 2016).

Petition for writ of certiorari denied

■

155 A.3d 899

**SHING**

v.

**HOWARD CO.**

**Pet. Docket No. 520, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

(No. 13–C–16–109371, Circuit Court for Howard County).

Petition for writ of certiorari denied